AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Lester Earnest Snyder, III<br><br>Defendant(s) | Case No.<br><br>8:22MJ1345AAS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 12, 2022** in the county of **Sarasota** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt of child pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Loretta Bush, FBI Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d).

Date: **April 12, 2022**

*Judge's signature*

City and state: **Tampa, FL**          AMANDA A. SANSONE, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Loretta M. Bush, being sworn to tell the truth, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since May 2016. I am presently assigned to the Tampa Division's Sarasota Resident Agency's Child Exploitation and Human Trafficking Task Force. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child sex trafficking, child pornography and the sexual exploitation of children, among other violations of federal law.

2.      From March 2021 to the present, I have worked crimes against children violations in the Tampa Division. I have participated in investigations of persons suspected of violating federal child pornography and child sex trafficking laws, including 18 U.S.C. §§ 2251, 2252, 2422, and 1591. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also received multiple trainings on crimes against children matters.

3.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Lester Earnest Snyder, III ("**SNYDER**"). This

1

affidavit sets forth facts sufficient to establish probable cause to believe that **SNYDER** received visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2), and is in possession of such visual depictions, in violation of 18 U.S.C. § 2252(a)(4)(b).

4. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law-enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law-enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest **SNYDER**, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE

5. In or around February 2022, a law enforcement investigation revealed that a user of the Internet account at a residence located on Bayport Circle in Venice, Florida, was part of an online community of individuals who regularly send and receive child pornography via an Internet-based, peer-to-peer (P2P) network called "Freenet", which allows users to anonymously share files, chat on message boards, and access websites within the network.

6. Further investigation revealed that **SNYDER** resides on Bayport Circle.

7. On or about April 12, 2022, law enforcement officers executed a federal search warrant at the **SNYDER's** residence. At the time that law enforcement officers

executed the search warrant, **SNYDER** was actively downloading child pornography onto his computer. Agents located and seized multiple electronic devices, including one 120 GB Lexar USB 3.0, and a red Dell laptop computer

8. On that same date, law enforcement officers conducted a post-*Miranda* interview of **SNYDER**. **SNYDER** confirmed that he understood his rights and made the following statements:

  a. **SNYDER** explained that he is addicted to downloading and viewing child pornography. He was convicted in 1998 for possession of child pornography. **SNYDER** stated that after his conviction he stopped downloading and viewing child pornography.

  b. About five or six years ago, however, **SNYDER** began downloading child pornography using the software "Freenet". **SNYDER** admitted he has also used a software named "Frost" to download child pornography.

  c. **SNYDER** stated he is interested in young girls between the ages of 8 and 13 years of age, right before the girls grow pubic hair. **SNYDER'S** collection, however, contains images and videos of infants and toddlers.

  d. **SNYDER** admitted to downloading child pornography while at his residence in or around October 2021. **SNYDER** confirmed that he was actively downloading when law enforcement arrived, and that he had downloaded child pornography in or around February, March, and April 2022.

3

e. **SNYDER** explained that he would download the files depicting child pornography on to his red Dell laptop computer. Once **SNYDER** confirmed the files were completely downloaded, he would then transfer the child pornography files to a USB drive.

9. During the execution of the search warrant, **SNYDER** led agents to the front bedroom and pulled out a black travel bag that contained another bag with multiple electronic storage devices inside of it. **SNYDER** pointed to a white Lexar USB 3.0 drive and indicated there was child pornography on that drive.

10. An FBI agent forensically previewed the Lexar USB drive on-scene and performed an approximate count of the videos and images on the thumb drive. There were approximately 3,818 videos and images present, which are all believed to be child pornography or child erotica. The USB drive also contained a folder called "video" that contained approximately 74 subfolders, with obvious descriptions of child pornography. One of these subfolders was named "toddler". The "toddler" subfolder contained approximately 21 videos. I reviewed one of these videos with a filename of "tolder-cum-pthc.avi", this video is approximately 54 seconds in length and depicts an adult male vaginally penetrating a prepubescent female and ejaculates inside of the child who appears to be toddler aged.

11. An FBI agent also conducted a search of the Lexar USB drive to locate the specific video files law enforcement officers suspected **SNYDER** of downloading from the Freenet application as described in the search warrant affidavit. An FBI

Special Agent found the same video described in paragraph 37 of the search warrant, with the same SHA1 digital hash value of KHNE2S5P2GM3YSOCOJHDPG2PCNMSFNSS. This video filename is "vid-toxatr.mp4" and depicts an adult male penetrating a prepubescent girl with his penis while whispering to the child in a foreign language. The focus is on the child's vaginal area and although the faces are not visible, it is obvious this is an adult male and a prepubescent child. The child is crying in the video and appears to be in pain.

## CONCLUSION

12. Based on the foregoing, there is probable cause to believe that **SNYDER** received visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2) and possession of such visual depictions, in violation of 18 U.S.C. § 2252(a)(4)(b), and I respectfully request this Court issue an arrest warrant for Lester Earnest Snyder, III.

_____
Loretta M. Bush, Special Agent
Federal Bureau of Investigation

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone this __12__ day of April, 2022.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

5